IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

```
UNITED STATES OF AMERICA     )
                             )
v.                           )    CASE NO. CR418-024
                             )
UCHECHI OHANAKA,             )
                             )
     Defendant.              )
                             )
```

## ORDER

Before the Court are the Government's Motion for Reciprocal Discovery (Doc. 44), Motion for Notice of Alibi Defense (Doc. 45), and Amended Motion for Notice of Alibi Defense (Doc. 49). At a pretrial conference, defense counsel notified the Court that there was no reciprocal discovery in this case. Defense counsel also stated that she did not plan to use an alibi defense in this case. As a result, the Government's motions are DISMISSED AS MOOT.[1]

SO ORDERED this 16th day of July 2018.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] Because the Government has filed a Motion for Notice of Alibi Defense and Amended Motion for Notice of Alibi Defense, Defendant is reminded of his obligation pursuant to Federal Rule of Criminal Procedure 12.1(a) that he must provide written notice of an alibi defense if Defendant decides to use such a defense at trial.