IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA )
)
v. ) CASE NO. CR418-024
)
UCHECHI OHANAKA, )
)
Defendant. )
)

## ORDER

On July 30, 2018, Magistrate Judge Smith held a hearing to address Defendant's Motion for Psychiatric Exam. At that hearing, questions arose as to whether Defendant wanted to retain his current attorney. After hearing from Defendant, Magistrate Judge Smith decided to appoint new counsel in this case. Under these circumstances, the trial scheduled in this case for August 20, 2018 is hereby continued until further order of this Court. Given the complexity and nature of this case, along with Defendant's decision to terminate his retained counsel, the Court also finds that the ends of justice served by continuing this case outweigh the best interest of the public and Defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). Accordingly, Defendant's speedy trial clock is tolled until further order of this Court.

SO ORDERED this 30th day of July 2018.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA