IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. CR418-024 |
| ) | |
| UCHECHI OHANAKA, ) | |
| ) | |
| Defendant. ) | |

O R D E R

Before the Court is the Government's Motion in Limine Concerning Self-Authentication Evidence. (Doc. 74.) On October 9, 2018, Defendant Ohanaka entered a plea of guilty in this case. As a result, the Government's motion is **DISMISSED AS MOOT**.

SO ORDERED this 9th day of October 2018.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2018 OCT -9 PM 4:52
CLERK
SO. DIST. OF GA.